IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-CR-11 |
| v. ) | |
| ) | |
| TAMIRAT TILAHUN YEHUALAWORK ) | |
| Defendant. ) | |
| ) | |

## SEALING ORDER

This matter having come before the Court on the defendant's Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is hereby

ORDERED that the defendant's Motion to Seal is granted, and it is

FURTHER ORDERED that Defendant's Position on Sentencing, including Exhibits 1 through 3, filed provisionally under seal with the Court on July 20, 2023, shall be maintained under seal and will remain under seal until unsealed by order of the Court, and it is

FURTHER ORDERED that the Clerk provide a copy of this Order to counsel of record.

ENTERED this ____ day of July, 2023.

_____
Hon. Michael S. Nachmanoff
United States District Judge